E-FILED
Monday, 16 July, 2007 10:46:29 AM
Clerk, U.S. District Court, ILCD

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____ District of _____

_____
Plaintiff

V.

_____
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

**FILED**

JUL 1 6 2007

U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

CASE NUMBER: _____

I, _Jimmy A. Hollins_ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _Henry County Jail_

    Are you employed at the institution? _No_    Do you receive any payment from the institution? _No_

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _4-23-07 $350.00 wk. Buchlag Roofing Construction_

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment     ☒ Yes    ☐ No
    b. Rent payments, interest or dividends              ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
    d. Disability or workers compensation payments       ☐ Yes    ☒ No
    e. Gifts or inheritances                             ☐ Yes    ☒ No
    f. Any other sources                                 ☐ Yes    ☒ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____N/A_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Hollins - Father - all
   Hollins - Father - all

I declare under penalty of perjury that the above information is true and correct.

_07-07-07_   _Jim A. Hollins_
Date         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
                              Resident Account Statement
                              Monday, July 09, 2007 @09:50
==============================================================================
For CIN: 6548    HOLLINS, JIMMY A
------------------------------------------------------------------------------
   Date     Description                    +         -       Avail    Owed    Held    Reference
------------------------------------------------------------------------------
03/02/2003 INITIAL DEPOSIT              95.00        --      95.00    0.00    0.00
03/02/2003 RELEASE OR CLOSEOUT TRANSACTION  --    95.00       0.00    0.00    0.00
01/27/2004 INITIAL DEPOSIT - REINSTATE      --       --       0.00    0.00    0.00
02/02/2004 JIMMY HOLLINS-MONEY ORDER     20.00       --      20.00    0.00    0.00
02/04/2004 OID:100003641-ComisaryPurch-Reg  --    19.76       0.24    0.00    0.00
02/12/2004 OZELLA HOLLINS                15.00       --      15.24    0.00    0.00
02/15/2004 RELEASE OR CLOSEOUT TRANSACTION  --    15.24       0.00    0.00    0.00
01/06/2005 INITIAL DEPOSIT - REINSTATE   40.00       --      40.00    0.00    0.00
01/11/2005 OID:100007045-ComisaryPurch-Reg  --    39.79       0.21    0.00    0.00
01/18/2005 CASH FOR BOND FEE             20.00       --      20.21    0.00    0.00
01/18/2005 BOND FEE JIMMY HOLLINS 05 CF1    --    14.00       6.21    0.00    0.00
01/18/2005 RELEASE OR CLOSEOUT TRANSACTION  --     6.21       0.00    0.00    0.00
05/09/2005 INITIAL DEPOSIT - REINSTATE      --       --       0.00    0.00    0.00
07/04/2005 INITIAL DEPOSIT - REINSTATE      --       --       0.00    0.00    0.00
07/05/2005 OZELLA HOLLINS/JIMMY HOLLINS  30.00       --      30.00    0.00    0.00
07/12/2005 HOLLINS, JIMMY/ OZELLA HOLLINS 20.00      --      50.00    0.00    0.00
07/13/2005 OID:100009169-ComisaryPurch-Reg  --    27.58      22.42    0.00    0.00
07/16/2005 OID:100009169-ComisaryRefund-Reg 0.54     --      22.96    0.00    0.00
07/19/2005 OID:100009213-ComisaryPurch-Reg  --    22.80       0.16    0.00    0.00
07/19/2005 J. HOLLINS/OZELLA HOLLINS     20.00       --      20.16    0.00    0.00
07/25/2005 JIMMY HOLLINS/LISA            20.00       --      40.16    0.00    0.00
07/26/2005 OID:100009284-ComisaryPurch-Reg  --    35.98       4.18    0.00    0.00
07/26/2005 STAMPS                           --     0.37       3.81    0.00    0.00
07/26/2005 J. HOLLINS/O.HOLLINS          20.00       --      23.81    0.00    0.00
08/02/2005 OID:100009411-ComisaryPurch-Reg  --    22.98       0.83    0.00    0.00
08/02/2005 STAMPS                           --     0.74       0.09    0.00    0.00
08/06/2005 TYLENOL                          --     0.40       0.09    0.40    0.00
08/06/2005 TYLENOL                          --       --       0.00    0.31    0.00
08/08/2005 JIMMY HOLLINS/LISA HAYDEN     25.00       --      25.00    0.31    0.00
08/08/2005 Payment for MEDICAL on 2005-08-06-2 --    --      24.69    0.00    0.00
08/08/2005 JIMMY HOLLINS/LORI GRANT      10.00       --      34.69    0.00    0.00
08/09/2005 OID:100009469-ComisaryPurch-Reg  --    33.45       1.24    0.00    0.00
08/09/2005 NURSE VISIT                      --     5.00       1.24    5.00    0.00
08/09/2005 NURSE VISIT                      --       --       0.00    3.76    0.00
08/09/2005 O HOLLINS                     25.00       --      25.00    3.76    0.00
08/09/2005 Payment for MEDICAL on 2005-08-09-1 --    --      21.24    0.00    0.00
08/18/2005 PHONE CARD                       --    10.00      11.24    0.00    0.00
08/23/2005 OID:100009572-ComisaryPurch-Reg  --     9.61       1.63    0.00    0.00
08/24/2005 ZELLA HOLLINS                 30.00       --      31.63    0.00    0.00
08/30/2005 OID:100009646-ComisaryPurch-Reg  --    30.36       1.27    0.00    0.00
08/30/2005 TYLENOL                          --     0.40       1.27    0.40    0.00
08/30/2005 TYLENOL                          --       --       0.87    0.00    0.00
09/14/2005 RELEASE OR CLOSEOUT TRANSACTION  --     0.87       0.00    0.00    0.00
11/10/2005 INITIAL DEPOSIT - REINSTATE      --       --       0.00    0.00    0.00
11/15/2005 OZELLA HOLLINS                30.00       --      30.00    0.00    0.00
11/17/2005 RELEASE OR CLOSEOUT TRANSACTION  --    30.00       0.00    0.00    0.00
04/22/2006 INITIAL DEPOSIT - REINSTATE      --       --       0.00    0.00    0.00
06/03/2006 INITIAL DEPOSIT - REINSTATE   25.00       --      25.00    0.00    0.00
06/06/2006 OID:100012297-ComisaryPurch-Reg  --    22.05       2.95    0.00    0.00
06/06/2006 RELEASE OR CLOSEOUT TRANSACTION  --     2.95       0.00    0.00    0.00
04/24/2007 INITIAL DEPOSIT - REINSTATE      --       --       0.00    0.00    0.00
05/02/2007 JIMMY HOLLINS/HALKIS          25.00       --      25.00    0.00    0.00
05/08/2007 OID:100016092-ComisaryPurch-Reg  --    24.27       0.73    0.00    0.00
05/18/2007 JIMMY HOLLINS/OZELLA HOLLINS  20.00       --      20.73    0.00    0.00
05/22/2007 OID:100016221-ComisaryPurch-Reg  --    16.21       4.52    0.00    0.00
05/26/2007 TYLENOL                          --     0.40       4.52    0.40    0.00
05/26/2007 TYLENOL                          --       --       4.12    0.00    0.00
05/29/2007 OID:100016347-ComisaryPurch-Reg  --     3.83       0.29    0.00    0.00
06/04/2007 JIMMY HOLLINS/OBELLA HOLLINS  35.00       --      35.29    0.00    0.00
06/05/2007 OID:100016433-ComisaryPurch-Reg  --    35.01       0.28    0.00    0.00
06/19/2007 LISA HAYDEN                   30.00       --      30.28    0.00    0.00
06/20/2007 POSTAGE                          --     5.94      24.34    0.00    0.00
06/26/2007 OID:100016666-ComisaryPurch-Reg  --    22.91       1.43    0.00    0.00
07/02/2007 JIMMY HOLLINS/OZELLA HOLLINS  25.00       --      26.43    0.00    0.00
07/03/2007 OID:100016728-ComisaryPurch-Reg  --    19.26       7.17    0.00    0.00
                                       -------   -------
                           Totals:      580.54   (573.37)
                           NetWorth:                         7.17
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Jimmy A. Hollins                    )
                                    )
                    Plaintiff       )
                                    )
RECEIVED                            )
JUL 1 6 2007                        )           Case No. _____
U.S. CLERK'S OFFICE                 )
ROCK ISLAND, ILLINOIS               )
            vs.                     )
Judge Larry S. Vandersnick          )
Judge Ted J. Hamer                  )
_____        )
_____        )
                    Defendant(s)    )

## COMPLAINT

[✓]   42 U.S.C. §1983 (suit against state officials for constitutional violations)

[ ]   28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

[ ]   Other _____N/A_____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, __Jimmy A. Hollins__, and states as follows:

My current address is: __C/o Henry County Jail 311 West Center Street Cambridge, IL. 61238__

The defendant __Larry S. Vandersnick__, is employed as __State Circuit Court Judge In The Fourteenth District__ at __Henry County Court House Cambridge, IL 307 West Center St.__

The defendant _____, is employed as _____ at _____

The defendant __Ted J. Hamer__, is employed as __State Circuit Court Judge In the Fourteeth District__ at __Henry County Court House Cambridge IL 307 West Center St.__

The defendant _____, is employed as _____ at _____

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

**LITIGATION HISTORY**

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe    *N/A*

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes ☐    No ☒

C. If your answer to B is yes, how many? *N/A*  Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

   Plaintiff(s)    *N/A*

   Defendant(s)   *N/A*

2. Court (if federal court, give name of district; if state court, give name of county)
   *N/A*

3. Docket Number/Judge   *N/A*

4. Basic claim made   *N/A*

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)   *N/A*

6. Approximate date of filing of lawsuit ___N/A___

7. Approximate date of disposition ___N/A___

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☐   No ☑

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☑   No ☐

If your answer is no, explain why not ___N/A___

C. Is the grievance process completed?   Yes ☐   No ☑

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

## STATEMENT OF CLAIM

Place of the occurrence _507 N. East St. Kewanee, IL 61443_

Date of the occurrence _4-23-07_

Witnesses to the occurrence _Ozella Hollins (Mother)_

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*
**THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.**

Judge Larry S. Vandersnick issued a warrant for the Plaintiff's, Jimmy A. Hollins, arrest without probable cause, which was a violation of the plaintiff's Fourth Amendment Rights; which states no warrant shall be issued, but upon probable cause. On April 23, 2007, Judge Larry S. Vandersnick issued a warrant for the plaintiff's arrest for, Unlawful delivery of a controlled substance while within 1000 feet of a school, Unlawful delivery of a controlled substance, Unlawful possession of a controlled substance. These charges stem from an alleged controlled drug buy that took place on February 09, 2007, between Shawn Vaughn and State Trooper Jeff Mannix. Due to the fact that the plaintiff, Jimmy Hollins, was on parole and under house arrest made it impossible for the plaintiff to have committed the offense to which the warrant was issued. A.M.S. records from the Department of Corrections will shown that no movement

4

was taken, or given to the plaintiff on February 09, 2007. Nor did the alleged drug buy take place at 507 N. East Street. Therefore, Judge Larry S. Vandersnick knowingly issued a warrant for the plaintiff's arrest without probable cause.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

In the form of relief the plaintiff seeks, that criminal charges be brought against Judge Ted J. Hamer for conspiracy against civil rights under ILCS 5/8-2.1. And for compensatory and punitive damages in the amount of 1.5 million dollars, and for mental damage relief the sum of $500,000.00 dollars.

**JURY DEMAND**     Yes [✓]     No [ ]

Signed this _Seventh_ day of _July_, 2007.

_Jim A. Hollins_
(Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Jimmy A. Hollins | N/A |
| Address: c/o Henry County Jail, 311 West Center St. Cambridge, IL 61238 | Telephone Number: Home Number (309) 540-5112 |

## STATEMENT OF CLAIM

Place of the occurrence  Henry County Court House/Preliminary Hearing

Date of the occurrence  4-30-07

Witnesses to the occurrence  Eugene Stockton / James Cosby

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*
**THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.**

Judge Ted J. Hamer violated the plaintiff's, Jimmy A. Hollins, Fourteenth Amendment Rights by denying the plaintiff's due process rights during his preliminary hearing. Judge Hamer allowed the state to file a motion to amend the information to add count IV, which is unlawful criminal drug conspiracy before probable cause was found on the originals charges that appeared on the warrant for my arrest. Thereby deying the plaintiff the right to a fair and just preliminary hearing, therefore, conspiring with Judge Larry S. Vandersnick to commit a criminal act, and to intentionally cover up the violations of the plaintiff's Fourth and Fourteenth Amendment rights.

4

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

In the form of relief the plaintiff seeks, that criminal charges be brought against Judge Larry S. Vandersnick for conspiracy against civil rights, under ILCS 5/8-2.1. And for compensatory and punitive damages in the amount of 1.5 million dollars, and for mental damage relief in the sum of $500,000.00 dollars.

**JURY DEMAND**        Yes ☑        No ☐

Signed this **Seventh** day of **July**, ~~19~~ **2007**.

_Jim A. Hollins_
(Signature of Plaintiff)

| Name of Plaintiff: Jimmy A. Hollins | Inmate Identification Number: N/A |
|---|---|
| Address: C/o Henry County Jail, Cambridge, IL  311 West Center St. | Telephone Number: 309) 540-5712 |

6

# STATEMENT OF CLAIM

Place of the occurrence _Henry County Court House / Preliminary hearing_

Date of the occurrence _4-30-07_

Witnesses to the occurrence _Judge Hamer / James Cosby_

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved. Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*
*THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

Mr. Eugene Stockton, violated the plaintiffs, Jimmy A. Hollins' Fourth Amendment rights when he conspired with Judge Hamer and frist assistance State attorney James Cosby when he allowed the state and the court to add Count IV, which is, Unlawful Criminal drug conspiracy, without objecting on behalf of the plaintiffs defense. As a licensed attorney and registered to pratice law in the state of Illinois, Mr. Stockton clearly knows or should have known that the warrant issued by Judge Vandersnick for the plaintiff's, Jimmy A. Hollins, arrest was issued without probable cause. Therefore it was Mr. Stockton's duty to raise an objection on behalf of the defense and bring this situation to the attention of the court so that this matter could be properly dealt with at that time. However, Mr. Stockton chose to sit idley by as Judge Hamer and state attorney James Cosby violated the plaintiffs

4

Fourth and Fourteenth amendment rights which also makes Mr. Stockton not only guilty of helping to violate the plaintiffs Fourth and Fourteenth amendment rights, but also the plaintiffs sixth amendment rights for ineffective assistance of Counsil.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

In the form of relief the plaintiff seeks, 2 million dollars, for compensatory and punitive damages

**JURY DEMAND**       Yes ✓       No ☐

Signed this _Seventh_ day of _July_, 19 _2007_.

_Jim A. Hollins_
(Signature of Plaintiff)

| Name of Plaintiff: Jimmy A. Hollins | Inmate Identification Number: N/A |
|---|---|
| Address: C/O Henry County Jail 311 West Center St. Cambridge, IL 61238 | Telephone Number: 309) 540-5112 |

6

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
HENRY COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS )
)
-VS- )      NO.    07-CF-168
)
JIMMY A. HOLLINS, )
)
Defendant. )

## INFORMATION-COUNT I

The State's Attorney of Henry County, Illinois charges:
That on or about *February 09, 2007*, in Henry County, Illinois, *Jimmy A. Hollins*, committed the offense of:

### UNLAWFUL DELIVERY OF A CONTROLLED SUBSTANCE WHILE WITHIN 1000' FEET OF A SCHOOL

in that *he, said Jimmy A. Hollins, while within 1000' feet of real property of Bell School, knowingly possessed with the intent to deliver to another, less than 1 gram of a substance containing cocaine, a controlled substance, in violation of subsection (d) of section 401 of the Illinois Compiled Controlled Substances Act,*

in violation of 720 ILCS    570/407(b)(2)    $250,000.00    Class 1

Counts II and III are made a part hereof by this reference

STATE OF ILLINOIS  )
                   ) SS:
COUNTY OF HENRY    )

_____
Assistant State's Attorney

The undersigned, on oath, says that the facts set forth in the foregoing Information are true in substance and matter of fact.

Subscribed and sworn to before
me this 23rd day of April 2007.

"OFFICIAL SEAL"
ANGELA L. VERSCHEURE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 05-01-2008

_____
Notary Public

## COUNT II
That on or about *February 09, 2007*, in Henry County, Illinois, the above-captioned defendant, *Jimmy A. Hollins*, committed the offense of:

### UNLAWFUL DELIVERY OF A CONTROLLED SUBSTANCE

in that *he, said Jimmy A. Hollins, knowingly delivered to another, less than 1 gram of a substance containing cocaine, a controlled substance, other than as authorized in the Controlled Substances Act,*

in violation of 720 ILCS    570/401(d)    $200,000.00    Class 2

---

## COUNT III
That on or about *February 09, 2007*, in Henry County, Illinois, the above-captioned defendant, *Jimmy A. Hollins*, committed the offense of:

### UNLAWFUL POSSESSION OF A CONTROLLED SUBSTANCE

in that *he, said Jimmy A. Hollins, knowingly possessed less than 15 grams of a substance containing cocaine, a controlled substance, other than as authorized in the Controlled Substances Act,*

in violation of 720 ILCS    570/402(c)    $25,000.00    Class 4