E-FILED
Tuesday, 24 July, 2007 11:07:38 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Jimmy A. Hollins** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 07-4037** |
| **Judge Larry Vandersnick, Judge Ted Hamer** | ) | |
| **and Eugene Stockton** | ) | |
| Defendant | ) | |

**TO:  THE WARDEN of** Henry County Jail at 311 West Center Street, Cambridge, Illinois.

  **WE COMMAND** that you produce the body of **Jimmy A. Hollins**, Register No. N/A , who is in your custody at Henry County Jail, Cambridge, Illinois before the United States District Court on **Wednesday, August 15, 2007 at 9:45 AM** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

  **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

  DATED:  July 18, 2007

                JOHN M. WATERS, CLERK
                UNITED STATES DISTRICT COURT

                BY: _____s/T. Peeples_____
                   Deputy Clerk