# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Jimmy A. Hollins**

      vs.         Case Number: **07-4037**

**Judge Larry Vandersnick; Judge Ted Hamer; Eugene Stockton**

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this case is dismissed in its entirety pursuant to 28 USC 1915A for failure to state a claim. This case is terminated without prejudice.----------------------------------------

ENTER this 10th day of August, 2007

JOHN M. WATERS, CLERK

S/Denise Koester

_____
BY: DEPUTY CLERK